# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| GIUSEPPE BORRACCI, | Bankruptcy No. 22-06488 |
| Debtor. | Honorable: LaShonda A. Hunt |
| ZANE ZIELINSKI, Trustee | |
| Plaintiff, | |
| v. | Adversary No. |
| MILDRED C. BORCIES, | |
| Defendant. | |

## COMPLAINT TO AVOID
## FRAUDULENT TRANSFER AND OTHER RELIEF

Zane Zielinski, not individually but as the chapter 7 Trustee (the "*Trustee*" or "*Plaintiff*") of the bankruptcy estate (the "*Estate*") of Giuseppe Borracci (the "*Debtor*"), brings this adversary action against Mildred C. Borcies ("*Defendant*"):

## JURISDICTION AND VENUE

1. This adversary proceeding arises in the Debtor's Chapter 7 bankruptcy case, pending before this Court as case number 22-06488 (the "*Case*").

2. On June 9, 2022 (the "*Petition Date*"), Debtor filed a voluntary petition for relief under Chapter 7 of title 11, United States Code (11 U.S.C. § 101, et seq., the "Bankruptcy Code") commencing the underlying bankruptcy Case.

3. Pursuant to 28 U.S.C. § 1334(b), this Court has subject matter jurisdiction over this proceeding, which is referred here pursuant to 28 U.S.C. §157(a) and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

4. This is a core proceeding under 28 U.S.C. §157(b)((2)(B), (E) and (H), and this Court has constitutional authority to enter final judgments and orders thereon. In the event that it is determined that any portion of this proceeding is not a core proceeding or that a bankruptcy judge does not have constitutional authority to enter final judgments in this proceeding, the Trustee consents, pursuant to 28 U.S.C. § 157(c)(2), to a bankruptcy judge hearing and finally determining the proceeding and entering appropriate orders and judgments.

5. This Court is the proper venue for this adversary proceeding pursuant to 28 U.S.C. §1409.

## BACKGROUND FACTS & ALLEGATIONS

### I. The Parties

6. Plaintiff is the duly appointed chapter 7 Trustee of the Estate.

7. Giuseppe Borracci is the Debtor in the underlying bankruptcy Case.

8. The Defendant is a resident of Illinois, in the Northern District of Illinois.

### II. Transfer of Funds by Debtor to Defendant for the Benefit of Defendant

9. Upon information and belief, Debtor was scheduled to receive a payment of $13,604 (referred to hereafter as the "Funds" or the "Transfer") from the Internal Revenue Service in connection with his tax refund for 2021. **Exhibit 1**, 2021 Tax Return.[1]

10. On information and belief, Debtor made arrangements on his tax returns for the Funds to be transferred to Defendant, in the manner of writing the Defendant's account number on his tax return as the destination account.

11. On information and belief, at the time of the payment from the IRS, the Funds were in fact transferred to Defendant and deposited in Defendant's account 5365 at Busey Bank on or near May 1, 2022.

12. Upon information and belief, the Transfer was made without the Debtor receiving reasonable equivalent value in return for the Transfer, and due to the Debtor making the Transfer the Debtor was unable to pay his creditors.

---

[1] The return shows a higher refund that is due, however the Trustee has learned that the IRS determined that $13,604 was the correct refund and issued it in that amount.

2

## COUNT I – AVOIDANCE AS INTENTIONAL FRAUDULENT TRANSFERS
## 11 U.S.C. § 548(a)(1)(A)

1-12. The Trustee incorporates each of the allegations set forth in the foregoing Background Allegations as though fully set forth herein, except that any allegations inconsistent with the relief requested in this Count are not included.

13. Section 548 of the Bankruptcy Code provides that "[t]he trustee may avoid any transfer … of an interest of the debtor in property … that was made … on or within 2 years before the date of the filing of the petition, if the debtor voluntarily or involuntarily … made such transfer … with actual intent to hinder, delay or defraud any entity to which the debtor was or became, on or after the date that such transfer was made … indebted." 11 U.S.C. § 548(a)(1)(A).

14. The Transfer constitutes a transfer of an interest in the Debtor's property.

15. The Transfer was made within two (2) years of the Petition Date.

16. The Debtor made the Transfer with actual intent to hinder, delay or defraud creditors.

17. Multiple badges of fraud exist regarding the Transfer, including: (1) the Transfer was for the benefit of the Defendant; (2) the Debtor received little or no consideration for the Transfer; and (3) the Debtor was insolvent or became insolvent after making the Transfer.

WHEREFORE, the Trustee respectfully requests entry of a judgment avoiding the Transfer as intentional fraudulent Transfer under 11 U.S.C. § 548(a)(1)(A), awarding the Trustee a monetary judgment in his favor and against Defendant in an amount not less than $13,604.00, and for such other and further relief as is warranted.

## COUNT II – AVOIDANCE AS CONSTRUCTIVE FRAUDULENT TRANSFER 11
## U.S.C. § 548(a)(1)(B)

1-18. The Trustee incorporates each of the other allegations of this Complaint as though fully set forth herein, except that any allegations inconsistent with the relief requested in this Count are not included.

18. This Count is plead in the alternative to the extent the relief or the allegations contradict anything else contained in this Complaint.

19. Section 548 of the Bankruptcy Code provides that

> [t]he trustee may avoid any transfer…of an interest of the debtor in property…that was made…on or within 2 years before the date of the filing of the petition, if the debtor voluntarily or involuntarily—
> 
> > (i) received less than a reasonably equivalent value in exchange for such transfer or obligation; and
> > (ii)(I) was insolvent on the date that such transfer was made or such obligation was incurred, or became insolvent as a result of such transfer or obligation;
>
> 11 U.S.C. § 548(a)(1)(B).

20. The Transfer constitutes a transfer of an interest in the Debtor's property.

21. The Transfer was made within two (2) years of the Petition Date.

22. The Debtor did not receive reasonably equivalent value in exchange for making the Transfer.

23. The Transfer was made while the Debtor was insolvent.

24. By making the Transfer, the Debtor was left with insufficient funds to pay other creditors.

WHEREFORE, the Trustee respectfully requests entry of a judgment avoiding the Transfer as a constructively fraudulent transfer pursuant to 11 U.S.C. § 548(a)(1)(B), awarding the Trustee a monetary judgment against Defendant in an amount not less than $13,604.00, and for such other and further relief as is warranted.

Dated:   January 25, 2023

Respectfully submitted,

**ZANE ZIELINSKI,** not individually but as the chapter 7 Trustee of the bankruptcy estate of Giuseppe Borracci,

By:  /s/*Daniel J. Nickel*
One of his attorneys

Zane L. Zielinski (6278776)
Daniel J. Nickel (6278133)
**THE LAW OFFICE OF
ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201

Chicago, Illinois 60646
d.   773-877-3191  (773-981-4725 - Nickel)
f.   815-846-8516
e.   trustee@zanezielinski.com
e.   daniel.nickel@gmail.com

# Form 1040 — U.S. Individual Income Tax Return (2021)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

**Filing Status** — Check only one box.
- [ ] Single
- [X] Married filing jointly
- [ ] Married filing separately (MFS)
- [ ] Head of household (HOH)
- [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

Your first name and middle initial: **GIUSEPPE**
Last name: **BORRACCI**
Your social security number: [REDACTED]

If joint return, spouse's first name and middle initial: **DEANNA K**
Last name: **BORRACCI**
Spouse's social security number: [REDACTED]

Home address (number and street): **26749 S OVERLAND DR**
Apt. no.:
City, town, or post office: **CHANNAHON**
State: **IL**   ZIP code: **60410**

Presidential Election Campaign — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
- [ ] You
- [ ] Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency?  [ ] Yes  [X] No

**Standard Deduction** — Someone can claim:
- [ ] You as a dependent
- [ ] Your spouse as a dependent
- [ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**
- You: [ ] Were born before January 2, 1957   [ ] Are blind
- Spouse: [ ] Was born before January 2, 1957   [ ] Is blind

## Dependents (see instructions)

| (1) First name / Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for: Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| [REDACTED] | [REDACTED] | | [X] | [ ] |
| [REDACTED] | [REDACTED] | | [X] | [ ] |
| [REDACTED] | [REDACTED] | | [X] | [ ] |
| | | | [ ] | [ ] |

If more than four dependents, see instructions and check here ▶ [ ]

## Income

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 0. |
| 8 | Other income from Schedule 1, line 10 | 25,713. |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | 25,713. |
| 10 | Adjustments to income from Schedule 1, line 26 | 0. |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | 25,713. |
| 12a | Standard deduction or itemized deductions (from Schedule A) — 25,100. | |
| 12b | Charitable contributions if you take the standard deduction (see instructions) — 0. | |
| 12c | Add lines 12a and 12b | 25,100. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | |
| 14 | Add lines 12c and 13 | 25,100. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | 613. |

Standard Deduction for—
- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under Standard Deduction, see instructions.

Attach Sch. B if required.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2021)

CDA

Form 1040 (2021) GIUSEPPE BORRACCI & DEANNA R BORRACCI  Page 2

| | | | Amount |
|---|---|---|---:|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 61. |
| 17 | Amount from Schedule 2, line 3 | 17 | 0. |
| 18 | Add lines 16 and 17 | 18 | 61. |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| 20 | Amount from Schedule 3, line 8 | 20 | 0. |
| 21 | Add lines 19 and 20 | 21 | 0. |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 61. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | 24 | 61. |
| 25 | Federal income tax withheld from: | | |
| a | Form(s) W-2 ........... 25a | | |
| b | Form(s) 1099 ........... 25b  2,116. | | |
| c | Other forms (see instructions) . . 25c  375. | | |
| d | Add lines 25a through 25c | 25d | 2,491. |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | 26 | |
| 27a | Earned income credit (EIC) ....... 27a  6,674. | | |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | | |
| b | Nontaxable combat pay election .... 27b | | |
| c | Prior year (2019) earned income .... 27c  24,242. | | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812   28  6,750. | | |
| 29 | American opportunity credit from Form 8863, line 8 . . . 29 | | |
| 30 | Recovery rebate credit. See instructions ....... 30  3,500. | | |
| 31 | Amount from Schedule 3, line 15 ........... 31 | | |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** ▶ | 32 | 16,924. |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | 33 | 19,415. |

**Refund**

| | | | |
|---|---|---|---:|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 19,354. |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here . . ▶ ☐ | 35a | 19,354. |

Direct deposit? See instructions.
▶ b  Routing number [REDACTED]  ▶ c Type: ☒ Checking  ☐ Savings
▶ d  Account number [REDACTED] 5365

| 36 | Amount of line 34 you want **applied to your 2022 estimated tax** . . ▶ | 36 | |

**Amount You Owe**

| 37 | **Amount you owe.** Subtract line 33 from line 24. For details on how to pay, see instructions . . ▶ | 37 | 0. |
| 38 | Estimated tax penalty (see instructions) ............ ▶ | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ........................ ▶ ☐ Yes. Complete below.  ☒ No

Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature     Date     Your occupation  CONSTRUCTION     If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶

Joint return? See instructions. Keep a copy for your records.

Spouse's signature. If a joint return, **both** must sign.     Date     Spouse's occupation  SALES MANGER     If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶

Phone no. 815-954-8562     Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature  SELF-PREPARED | Date | PTIN | Check if: ☐ Self-employed |
| Firm's name ▶ | | | Phone no. | |
| Firm's address ▶ | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.     Form **1040** (2021)

CDA